**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | No. 659 EAL 2015 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the **Unpublished Memorandum** |
| | : | **Opinion and Order** of the |
| THE REAL PROPERTY AND | : | Commonwealth Court at No. 1254 CD |
| IMPROVEMENTS KNOWN AS 12534 | : | 2014 entered on November 2, 2015, |
| CHILTON ROAD PHILADELPHIA, PA | : | **vacating and remanding** the Order |
| 19154 | : | Dated of the Philadelphia County Court |
| | : | of Common Pleas at No. CP-51-MD- |
| | : | 9001252-2004 entered on June 17, |
| PETITION OF: COMMONWEALTH OF | : | 2014 |
| PENNSYLVANIA | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of June, 2017, this petition for allowance of appeal is hereby **GRANTED**, the order of the Commonwealth Court is **VACATED**, and the matter is **REMANDED** to the Commonwealth Court to remand to the trial court for reconsideration in light of this Court's decision in *Commonwealth v. 1997 Chevrolet*, __ A.3d __, 2017 WL 2291733 (Pa. May 25, 2017).